# VARVARO, COTTER & BENDER
## ATTORNEYS AT LAW

1133 WESTCHESTER AVENUE • Suite S-325
WHITE PLAINS, NEW YORK 10604
TELE: (914) 989-6650
FAX: (914) 989-6638
Not a Partnership or Professional Corporation

JOSEPH VARVARO
ROSE M. COTTER
HEATH A. BENDER
GREGORY E. WALTHALL

LISA L. GOLLIHUE
BRIAN P. MCDONOUGH
STEPHEN J. CASSELS

*Of Counsel*
JAMES C. GROSSO

February 7, 2020

*Via ECF*
Hon. John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*[Handwritten: Adjourned to Thursday, February 20, 2020, at 4:30pm.*
*So Ordered.*
*[signature] USDJ*
*2/7/20]*

Re: **RODRIGUEZ v. SIMEONIDIS et al.**
Our File Number: 79969106
Date of Loss: 03/10/2019
Index Number: 1:19-cv-08681

Dear Judge Koeltl:

This office represents defendants Kyle Long, Live Sound Company and Live International LTD, in the above matter. The Court has scheduled an Initial Conference for February ~~10, 20~~20. I am writing to request an adjournment of the conference.

The rationale for the request follows. Earlier this week, I filed an Answer and appeared on behalf of DBA Live Sound Company and Kyle Long, in the matter, *Guerrero v. DBA Live Sound Company, Kyle Long and Christina Simeonidis*, New York Supreme Court, Bronx County, Index No. - 28066/19E. The *Guerrero* case arises from the same motor vehicle that is the basis of the instant matter. In addition to filing the Answer, I am in the process of removing the *Guerrero* case to Federal Court. Thereafter, I plan to file a motion to consolidate the matters.

The plaintiff and codefendant agree to this request.

Thank you for your attention to this matter.

Respectfully Submitted,

Gregory E. Walthall
(914) 989-6673

GEW:GEW
Timothy Mandronico, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-10-20