UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO RODRIGUEZ,

            Plaintiff,

- against -

CHRISTINE SIMEONIDIS, et al.,

           Defendants.

19cv8681 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Another conference will be held in this matter on **March 24, 2020** at **4:30 PM**.

SO ORDERED.

Dated: New York, New York
February 20, 2020

John G. Koeltl
United States District Judge