```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

**ORLANDO RODRIGUEZ,**

                Plaintiff,         19cv8681 (JGK)

    - against -               ORDER

**CHRISTINE SIMEONIDIS et al.,**

                Defendants.

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The July 14, 2020 conference is adjourned <u>sine die</u>. The parties should submit a Rule 26(f) report by July 17, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            July 9, 2020              /s/ John G. Koeltl
                                           John G. Koeltl
                                United States District Judge