UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ORLANDO RODRIGUEZ,<br>　　　　　　　　Plaintiff, | |
| - against - | 19-cv-8681 (JGK) |
| CHRISTINE SIMEONIDIS, ET AL.,<br>　　　　　　　　Defendants. | |
| CHRISTINA SIMEONIDIS,<br>　　　　　　　　Plaintiff, | |
| - AGAINST - | 21-cv-4179 (JGK) |
| KYLE LONG, ET AL.,<br>　　　　　　　　Defendants. | |
| HECTOR GUERRERO,<br>　　　　　　　　Plaintiff, | 20-cv-1157 (JGK) |
| - AGAINST - | ORDER |
| DBA LIVE SOUND COMPANY, ET AL.,<br>　　　　　　　　Defendants. | |

JOHN G. KOELTL, District Judge:

The parties should submit a Joint Pre-Trial Order, together with Requests to Charge and Voir Dire Requests, by **November 11, 2022**. Objections are due by **November 18, 2022**. The parties should be ready for trial on 48 hours' notice on or after **December 8, 2022**.

SO ORDERED.

Dated:　New York, New York
　　　　October 13, 2022

　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　United States District Judge